UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAVID ABERNETHY, et al.,
                Plaintiffs,

-against-                                        17 **CIVIL** 7814 (DAB)

## **JUDGMENT**

EMBLEMHEALTH, INC., et al.,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated January 15, 2019, Defendants' Motion to Dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
          January 16, 2019

                                                                            **RUBY J. KRAJICK**

                                                                           **Clerk of Court**
                                   BY:
                                                                           **Deputy Clerk**