UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

DAVID ABERNETHY, FRED BLICKMAN, PAUL BLUESTEIN, DOMINIC D'ADAMO, MARILYN DEQUATRO, THOMAS DWYER, MICHAEL FULLWOOD, PHILIP GANDOLFO, MICHAEL HERBERT, STEVEN KESSLER, DENNIS LIOTTA, DANIEL MCGOWAN, RONALD PLATT, ARAN RON, JOAN RUBY, VINCENT SCICCHITANO, JOHN STEBER, LESLIE STRASSBERG, PEDRO VILLALBA, ANTHONY WATSON and MARC WOLFERT, on behalf of themselves and all other similarly-situated individuals,

                Plaintiffs,

        v.

EMBLEMHEALTH, INC., EMBLEMHEALTH SERVICES COMPANY, LLC and CONNECTICARE, INC.,

                Defendants.

------------------------------------------------------------- X

Civil Action No. 17-cv-7814 (DAB)

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that Plaintiffs David Abernethy, Fred Blickman, Dominic D'Adamo, Marilyn Dequatro, Thomas Dwyer, Michael Fullwood, Philip Gandolfo, Michael Herbert, Steven Kessler, Dennis Liotta, Daniel Mcgowan, Ronald Platt, Aran Ron, Vincent Scicchitano, John Steber, Leslie Strassberg, Pedro Villalba, Anthony Watson and Marc Wolfert appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on January 16, 2019 ("Judgment") and the Memorandum & Order ("Order") dated January 15, 2019 granting Defendants' motion to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (see Dkt. Nos. 38 and 39).

Case 1:17-cv-07814-KPF   Document 40   Filed 02/13/19   Page 2 of 2

Dated: New York, New York  
February 13, 2019

Respectfully submitted,

**WIGDOR LLP**

By: _____  
Douglas H. Wigdor  
Renan F. Varghese  
Bryan L. Arbeit

85 Fifth Avenue  
New York, NY 10003  
Telephone: (212) 257-6800  
Facsimile: (212) 257-6845  
dwigdor@wigdorlaw.com  
rvarghese@wigdorlaw.com  
barbeit@wigdorlaw.com

*Attorneys for Plaintiffs and the Putative ERISA and Contract Classes*