```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
David Abernethy et al.
                Plaintiff

   - v -                                    17 Cv. 7814 (DAB)
                                                 ORDER

EmblemHealth, Inc. et al
                Defendant
--------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

A Status Conference in the above captioned is scheduled for Thursday, April 16, 2020 at 3:30 PM.

SO ORDERED

DATED:   New York, New York
         December 19, 2019

_____
Deborah A. Batts
United States District Judge