UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| DAVID ABERNETHY, *et al.*, | |
|---|---|
| Plaintiffs, | 17 Civ. 7814 (KPF) |
| -v.- | ORDER |
| EMBLEMHEALTH, INC., *et al.*, | |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

The Court was recently reassigned this case, and will retain the status conference, currently scheduled for April 16, 2020, at 3:30 p.m. The parties are hereby ORDERED to appear at that date and time in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: February 26, 2020
New York, New York

                                                      *Katherine Polk Failla*
                                                      _____
                                                      KATHERINE POLK FAILLA
                                                      United States District Judge