UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID ABERNATHY, *et al.*,<br><br>      Plaintiffs,<br><br>  -v.-<br><br>EMBLEMHEALTH, INC., *et al.*,<br><br>      Defendants. | 17 Civ. 7814 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  On May 7, 2020, the Court issued an Order denying Plaintiffs' request to make an untimely demand for a jury trial. (Dkt. #54). On May 21, 2020, Plaintiffs filed a motion for reconsideration of that Order. (Dkt. #57). Defendants are hereby ORDERED to file their opposition papers to Plaintiff's motion for reconsideration on or before June 19, 2020. Plaintiffs may file their reply papers, if any, on or before July 3, 2020.

  SO ORDERED.

Dated:  May 22, 2020
     New York, New York

                     KATHERINE POLK FAILLA
                     United States District Judge