UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID ABERNATHY, *et al.*,<br><br>      Plaintiffs,<br><br>   -v.-<br><br>EMBLEMHEALTH, INC., *et al.*,<br><br>      Defendants. | 17 Civ. 7814 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  During the telephonic conference on June 5, 2020, Defendants sought leave to file a partial motion for judgment on the pleadings concerning Plaintiffs' claim for punitive damages. Defendants' application for leave to file their partial motion for judgment on the pleadings is GRANTED. The parties' motion papers shall be filed as letter briefs, not to exceed ten pages in length. Defendants shall file their letter motion on or before June 16, 2020. Plaintiffs shall file their letter in opposition on or before June 30, 2020. Defendants shall file their letter reply on or before July 7, 2020.

  SO ORDERED.

Dated: June 8, 2020
     New York, New York

                        KATHERINE POLK FAILLA
                        United States District Judge