UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID ABERNATHY, *et al.*,<br><br>            Plaintiffs,<br><br>       -v.-<br><br>EMBLEMHEALTH, INC., *et al.*,<br><br>            Defendants. | 17 Civ. 7814 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The status conference scheduled for November 4, 2020, is hereby ADJOURNED *sine die*, pending resolution of Plaintiffs' pending motion for class certification.

SO ORDERED.

Dated:    October 30, 2020
             New York, New York

                                                          KATHERINE POLK FAILLA
                                                          United States District Judge