UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

DAVID ABERNETHY, FRED BLICKMAN, DOMINIC D'ADAMO, MARILYN DEQUATRO, THOMAS DWYER, MICHAEL FULLWOOD, PHILIP GANDOLFO, MICHAEL HERBERT, STEVEN KESSLER, DENNIS LIOTTA, DANIEL MCGOWAN, RONALD PLATT, ARAN RON, VINCENT SCICCHITANO, JOHN STEBER, LESLIE STRASSBERG, PEDRO VILLALBA, ANTHONY WATSON and MARC WOLFERT, on behalf of themselves and all other similarly-situated individuals,

      Plaintiffs,

  v.

EMBLEMHEALTH, INC., EMBLEMHEALTH SERVICES COMPANY, LLC and CONNECTICARE, INC.,

      Defendants.

Civil Action No. 17-cv-7814 (KPF)

------------------------------------------------------------ X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

Dated this 9th day of December 2020.

                   Respectfully submitted,

**WIGDOR LLP**            **GROOM LAW GROUP, CHARTERED**

By: _/s/ Jeanne Christensen_        By: _____

| | |
|---|---|
| Douglas H. Wigdor<br>Jeanne Christensen<br>Renan F. Varghese<br>Bryan L. Arbeit<br><br>85 Fifth Avenue<br>New York, New York 10003<br>Telephone: (212) 257-6800<br>Facsimile:  (212) 257-6845<br>dwigdor@wigdorlaw.com<br>jchristensen@wigdorlaw.com<br>rvarghese@wigdorlaw.com<br>barbeit@wigdorlaw.com<br><br>*Attorneys for Plaintiffs* | Mark C. Nielsen<br>Edward J. Meehan<br>Sarah M. Humble<br>Kalena R. Kettering<br><br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 861-5429<br>Telecopier: (202) 659-4503<br>mnielson@groom.com<br>emeehan@groom.com<br>shumble@groom.com<br>lkettering@groom.com<br><br>*Attorneys for Defendants* |